JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD A. HUFF, JR., LLC, | Case No. CV 24-04539 AB (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| BEVERLY HILLS POLICE DEPARTMENT, et al., | |
| Respondents. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Dismissing Action.

DATED:  June 10, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE